UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DANIEL COOK,

        Plaintiff,

v.

ERICA HUSS et al.,

        Defendants.

_____/

Case No. 1:21-cv-613

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Defendants MDOC, Washington, Unknown Party #1, Vashaw, Maranka, Wood, Brown, Howard, Kelley, Leitheim, Mygrant, Wellman, Stambaugh, Martens, Fornwalt, Wells, Jex, Watkins, Demps, Dozeman, Caffiero, Psychiatrist Unknown Party #2, and Unknown Party #3 be dropped from this action pursuant to Rules 18, 20, and 21 because they are misjoined. The claims against them are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that pursuant to Rules 18, 20, and 21, all of Plaintiff's claims against Defendants Zupon, Novak, Traylor, and Davids other than Plaintiff's claims that they investigated or were involved with the grievance related to Plaintiff's lost legal documents, are **DISMISSED WITHOUT PREJUDICE** because they are also misjoined to this action.

**IT IS FURTHER ORDERED** that Plaintiff's remaining federal-law claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's remaining state-law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction.

Dated:  April 22, 2022                              /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge