UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL COOK #290601,

    Plaintiff,

v.

    Case No. 1:21-cv-613

ERICA HUSS, et al.,

    HONORABLE PAUL L. MALONEY

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Caffiero, Davids, Farnwalt, Jex, Kelley, Martens, Mygrant, Stambaugh, Vashaw, and Watkins filed a motion for motions for summary judgment. Defendant Wells also filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 26, 2024, recommending that this Court deny the motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 121) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the motions for summary judgment (ECF No. 62 and 80) are DENIED.

Dated: February 27, 2024

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge