UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL COOK #290601,

    Plaintiff,

v.

ERICA HUSS, et al.,

    Defendants.
_____/

Case No. 1:21-cv-613

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered


Dated:  September 30, 2025

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge